**Marsha RULO, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. ED 105185

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: October 24, 2017

Matthew W. Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Christine K. Lesicko, P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

---

Before Robert G. Dowd, Jr., P.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

### ORDER

PER CURIAM.

Marsha Rulo appeals from the motion court's judgment denying, without an evidentiary hearing, her amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Missouri Rule of Criminal Procedure 29.15. We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).